# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

ABANTE ROOTER AND PLUMBING, INC.,

    **Plaintiff,**

                                  **CIVIL ACTION FILE NO.**

v.

ADVANCED MERCHANT SERVICES, INC.

    **Defendant.**

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, brings this action against Defendant, on the grounds and the amounts set forth herein.

### I. PRELIMINARY STATEMENT

This action arises out of the facts and circumstances surrounding phone calls made to the Plaintiff. Plaintiff, an individual, institutes this action for actual and statutory damages against the defendant and the costs of this action against Defendant for violations of the Telephone Consumer Protection Act (hereinafter"TCPA") 47 U.S.C.227 etseq. Plaintiff is an individual who owns and operates Abante Rooter and Plumbing, Inc., a plumbing business serving in Alameda County and Contra Costa County, California.

Plaintiff's business has been in business since 1992 and provides general plumbing related services to the public and has done so consistently since 1992. The cell phones in question are used by Plaintiff in connection with Plaintiff's business' purposes in a manner consistent with the law.

Defendant is a solicitor and telemarketer who combs and mines data from various websites for the purpose of collecting cell phone numbers in an effort to solicit customers in order to entice the public to take out loans with unfavorable terms. At no time did Plaintiff

have or seek a business relationship with Defendant. PARTIES

1. Plaintiff is a business located in California.
2. Defendant is a company engaged in the business of telemarketing.

## II. JURISDICTION AND VENUE

3. Jurisdiction is conferred on this Court by 28 U.S.C. 1331.
4. Venue is this District is proper in that the Defendant's principal place of business is located at 76 S Laura St. #1371, Jacksonville, FL 32202, which falls under the jurisdiction of the Southern District of Florida.

## III. STATUTORY STRUCTURE TCPA

5. The Telephone Consumer Protection Act, 47 U.S.C. 227 ("TCPA") amended the Federal Communications Act 47 U.S.C.151, et seq. ("FCA") to address the uses of automatic telephone dialing systems, artificial or prerecorded voice messages, SMS text messages reviewed by cell phones, and the use of fax machines to send unsolicited advertisements.
6. Under the TCPA "automatic telephone dialing system" (hereinafter "ATDS") means equipment which has the capacity-
    (A) To store or produce telephone numbers to be called, using a random or sequential number generator; and
    (B) to dial such numbers. See, 47 U.S.C. 227 (a)(1).
7. Under the TCPA, it is unlawful to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice message to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio

service, or other radio common carrier service, or any service for which the called party is charged for the call.

8. Under the TCPA, a person or entity may, if otherwise permitted by the laws of the rules of the court of a State, bring in an appropriate court of that State:

    (A) An action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation,

    (B) An action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or

    (C) both such actions.

9. If the court finds that the defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph(B) of this paragraph. 47 U.S.C. 227 (b)(3).

## IV. FACTUAL ALLEGATIONS

10. Plaintiff was assigned a number by his cell phone provider, AT&T. These cell phones include cell phones with numbers 510-534-1636, 209-383-3803, 510-351-5154, 925-828-1080, and 925-253-0106. These phones are, respectively, registered to Abante Rooter & Plumbing.

11. Plaintiff never gave the Defendant express consent to be called with an ATDS. In fact, Defendant had no consent of any kind to call Plaintiff's cell phones.

12. Defendant called Plaintiff with an ATDS and left pre-recorded messages on Plaintiff's cell phones.

13. Plaintiff made several requests that Defendant cease and desist calling him, beginning in August of 2015.

14. Beginning in October 23rd, 2014, Defendant began placing auto dialed calls to Plaintiff:

a) Pre-recorded call from caller ID number 904-385-3519 to business cell 510-534-1636 on 10/23/14 talked with "Felicia", a representative of Defendant.

b) Pre-recorded call from caller ID number 904-385-3519 to business cell 510-534-1636 on 12/03/14, numbers which belong to Defendant.

c) Pre-recorded call from CID 904-385-3519 to business cell 925-253-0106 on 12/03/14. 904-385-3519 belongs to Defendant.

d) Pre-recorded call from 904-385-3519 to cell 510-351-5154 on 12/16/14 from "Felicia." Stated she was an agent for Advanced Merchant Services, the defendant in this case.

e) Pre-recorded call from CID 904-385-3519 to cell 925-253-0106 on 12/01/15.

f) Pre-recorded call from CID 904-385-3519 to cell 510-351-5154 on 12/01/15 from "Penny" Stated he was an agent with Advanced Merchant Services.

g) Pre-recorded call from CID 904-385-3519 to cell 925-828-1080 on 12/02/15.

h) Pre-recorded call from CID 904-385-3519 to cell 510-351-5154 on 12/02/15 from "Felicia", Defendant's representative employee.

i) Pre-recorded call from CID 904-385-3519 to cell 510-351-5154 on 12/02/15 from "Felicia", Defendant's representative employee.

j) Pre-recorded call from 904-385-3519 to cell 510-351-5154 on 12/02/15 from "Felicia" Defendant's representative employee.

k) Pre-recorded call from 904-385-3519 to cell 510-351-5154 on 12/03/15 from "Felicia" Defendant's representative employee.

l) Pre-recorded call from 904-385-3519 to cell 925-828-1080 on 12/09/15.

m) Pre-recorded call from 213-263-0374 to cell 510-351-5154 on 9/20/16 from "Cassie", Defendant's representative employee.

n) Pre-recorded call from 213-263-0374 to cell 925-828-1080 on 9/20/16 from

"Cassie", Defendant's representative employee.

o) Pre-recorded call from 213-263-0374 to cell 209-383-3803 on 9/21/16 from "Cassie", Defendant's representative employee, who hung up after hearing Mr. Heidarpour, the owner and operator of the named Plaintiff.

p) Pre-recorded call from 904-830-4073 to cell 510-534-1636 on 12/13/16 from "Ray from Compliance Department", a representative employee of Defendant.

## V. TCPA VIOLATIONS

15. Plaintiff repeats, re-alleges, and in corporate by reference the foregoing paragraphs. The Defendant's violations of the TCPA include, but are not limited to, the following:

16. The actions of the Defendant individually and collectively violated the TCPA by the Defendant calling the Plaintiff's cellular phone without express consent with an ATDS, when the Plaintiff's number was listed on the National Do Not Call Registry, in violation of the TCPA. 47 U.S.C.227, *etsec.*

17. Defendant filed to transmit its telephone number and its company name when placing calls to Plaintiff.

18. The actions of Defendant were willful and knowing.

WHEREFORE, Plaintiff prays that judgment be entered against the Defendant for the following:

(1) Statutory damages pursuant to TCPA 47 U.S.C.227;

(2) Fair and reasonable costs of this action and court costs;

(3) Injunctive relief;

(4) Such other and further relief that the Court deems just and proper.

I hereby swear and affirm that the factual statements set forth above are true and correct under penalty of perjury.

*fred heidarpour*
_____

Fred Heidarpour

/s/ W. John Gadd
W. John Gadd, Esq.
FLBarNumber463061
Bank of America Building
2727 Ulmerton Rd., Suite 250
Clearwater, FL33762
Tel:(727)524-6300
Fax:(727)498-2160
Email:Wjg@mazgadd.com