UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ABANTE ROOTER
AND PLUMBING, INC.,

    Plaintiff,

v.                                    CASE NO. 8:17-cv-324-T-23TBM

ADVANCED MERCHANT
SERVICES, INC.,

    Defendant.
_____/

## **ORDER**

The defendant's unopposed motion (Doc. 9) to transfer the action to the Jacksonville Division is **GRANTED**. The clerk is directed to transfer the action to the Jacksonville Division and to re-assign randomly the action to a judge in the Jacksonville Division.

ORDERED in Tampa, Florida, on March 17, 2017.

                                                  STEVEN D. MERRYDAY
                                                 UNITED STATES DISTRICT JUDGE